■ DUNNIE LAI, Appellant, et al., Plaintiffs, v H.J. GARTLAN, JR., et al., Defendants, and RICKY LEUNG et al., Respondents. [824 NYS2d 40]—Order, Supreme Court, New York County (Charles E. Ramos, J.), entered June 30, 2006, which granted defendants-respondents' motion to enforce their settlement agreement with plaintiffs, and directed payment of the settlement amount within a specified period of time, unanimously affirmed, without costs.

We reject plaintiff-appellant's argument that payment of the settlement amount is contingent on an accounting that is not mentioned in the settlement agreement. Defendants-respondents are entitled to prompt payment of the settlement amount (CPLR 5003-a [a]). Concur—Buckley, P.J., Tom, Mazzarelli, Saxe and McGuire, JJ.